IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CUNNINGHAM,

        Plaintiff,                    Case No. 2:08-CV-1215-MJP

    vs.

C/O RODRIGUEZ, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, his situation is complicated by the fact that it appears as if Plaintiff was released from custody while his IFP application was pending. (<u>See</u> Dkt. No. 9 (notice of change of address).) Unlike prisoners who must pay the full amount of any filing fee while proceeding IFP, non-incarcerated individuals need not pay any filing fee if their IFP status is granted. <u>See</u> 28 U.S.C. § 1915(b)(1); <u>see</u> generally <u>DeBlasio v. Gilmore</u>, 315 F.3d 396, 398 (4th Cir. 2003) . Therefore, Plaintiff will be ordered to re-apply to proceed IFP under the general

provisions of 28 U.S.C. § 1915(a) – a blank IFP application form is attached to this order for that purpose.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is ordered (if he wishes to proceed) to re-submit an IFP application under the general provisions applicable to all non-incarcerated parties.  Plaintiff has 30 days from the date of this order to submit that application

The clerk of the court shall provide Plaintiff with a copy of this order and all attachments.

Dated this 29th day of May, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge