1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CUNNINGHAM,

      Plaintiff,       Case No. 2:08-CV-1215-MJP

  vs.

C/O RODRIGUEZ, et al.,

      Defendants.       ORDER TO SHOW CAUSE
_____/

    On May 29, 2009, this Court ordered Plaintiff to re-apply to proceed IFP if he wished to proceed with this matter. The Court gave Plaintiff 30 days to submit a renewed IFP application. To date, the Court has not received an IFP application. IT IS ORDERED that Plaintiff must show cause in writing why this matter should not be dismissed for failure to pay a filing fee or re-submit an IFP application; said writing must be filed no later than 14 days from the entry of this order.

    Dated this 24th day of July, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

1