IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CUNNINGHAM,

       Plaintiff,                  Case No. 2:08-CV-1215-MJP

     vs.

C/O RODRIGUEZ, et al.,

       Defendants.             ORDER OF DISMISSAL

                               /

       On May 29, 2009, this Court ordered Plaintiff to re-apply to proceed IFP if he wished to proceed with this matter. The Court gave Plaintiff 30 days to submit a renewed IFP application. Plaintiff did not file a renewed IFP. On July 24, 2009, the Court issued an Order to Show Cause, directing Plaintiff to file an IFP application within 14 days or else the matter would be dismissed. More than 14 days have passed and the Court has not received any response. This matter is therefore DISMISSED for failure to prosecute.

       Dated this 14th day of August, 2009.

                                                            Marsha J. Pechman
                                                            United States District Judge