IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CUNNINGHAM,

      Plaintiff,                             Case No. 2:08-CV-1215-MJP

vs.

C/O RODRIGUEZ, et al.,

      Defendants.                     <u>ORDER GRANTING MOTION TO PROCEED IN</u>

<u>FORMA PAUPERIS</u>

_____/

      On August 18, 2009, the Court received Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Dkt. No. 14.) Plaintiff's complaint seeks relief pursuant to 42 U.S.C. § 1983. The Court orders as follows:

(1)    Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff does not appear to have the funds available to afford the filing fee.

(2)    The Clerk is directed to send a copy of this Order to Plaintiff and to issue summonses to Plaintiff to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is his and/or his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.

Dated this 16th day of September, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

1