IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CUNNINGHAM,

    Plaintiff,

vs.

C/O RODRIGUEZ, et al.,

    Defendants.

Case No. 2:08-CV-1215-MJP

ORDER TO SHOW CAUSE

After Plaintiff filed a notice of change of address, the Court withdrew its Order of Dismissal and the Clerk issued summonses to Plaintiff. More than 120 days have passed and Plaintiff has not filed any proof of service. Plaintiff is ORDERED to show cause in writing why this matter should not be dismissed for failure to comply with Rule 4; said writing must be filed no later than 14 days from the entry of this order.

Dated this 19th day of March, 2010.

Marsha J. Pechman
United States District Judge

1