IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNNINGHAM, | |
| Plaintiff, | Case No. 2:08-CV-1215-MJP |
| vs. | |
| C/O RODRIGUEZ, et al., | |
| Defendants. | <u>ORDER OF DISMISSAL</u> |

On March 19, 2010, this Court issued an Order to Show Cause why this matter should not be dismissed in light of Plaintiff's failure to comply with Rule 4. Plaintiff has not filed a timely response. The Court therefore dismisses this matter and directs the Clerk to enter judgment.

Dated this 5th day of April, 2010.

Marsha J. Pechman
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26